Octavio Cardona-Loya II (SBN 255309)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN PARKER, an individual, | ) Case No.: 17-cv-00329-BTM-JLB |
| Plaintiff, | ) **Joint Notice of Settlement as to Defendant Trans Union, LLC** |
| v. | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et al., | ) **[Does Not Dispose Of Entire Case]** |
| Defendants. | ) |

Plaintiff Tristan Parker ("Plaintiff") and Defendant Trans Union, LLC (collectively, the "Parties") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Defendant Trans Union pending in this action. The Parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date that this Notice is filed with the Court, at which time the Parties will file a stipulation for dismissal of the claims asserted against Defendant Trans Union.

This Notice of Settlement does not apply to the other named defendants in this action.
////

Respectfully submitted,

DATE: April 12, 2017					BY: /s/Octavio Cardona-Loya II   .
							Octavio Cardona-Loya II
							Attorney for Plaintiff Tristan Parker
							E-mail: vito@goldencardona.com


DATE: April 12, 2017					BY: /s/ Paul W. Sheldon   .
							Paul W. Sheldon
							Attorney for Trans Union LLC
							E-mail: Paul.Sheldon@strasburger.com


## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Paul W. Sheldon, Esq. and that I have obtained Mr. Sheldon's authorization to affix his electronic signatures to this document.


DATE: April 12, 2017					BY: /s/Octavio Cardona-Loya II   .
							Octavio Cardona-Loya II
							Attorney for Plaintiff Tristan Parker
							E-mail: vito@goldencardona.com