Octavio Cardona-Loya II (SBN 255309)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN PARKER, an individual, | ) Case No.: 17-cv-00329-BTM-JLB |
| Plaintiff, | ) **Joint Notice of Settlement as to Defendant American Express Bank, FSB** |
| v. | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et al., | ) **[Does Not Dispose Of Entire Case]** |
| Defendants. | ) |

Plaintiff Tristan Parker ("Plaintiff") and Defendant American Express Bank, FSB (collectively, the "Parties") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Defendant American Express Bank, FSB pending in this action.  The Parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date that this Notice is filed with the Court, at which time the Parties will file a stipulation for dismissal of the claims asserted against Defendant American Express Bank, FSB.

This Notice of Settlement does not apply to the other named defendants in this action.
////

Respectfully submitted,

DATE: April 14, 2017                    BY: /s/Octavio Cardona-Loya II     .
                                            Octavio Cardona-Loya II
                                            Attorney for Plaintiff Tristan Parker
                                            E-mail: vito@goldencardona.com

DATE: April 14, 2017                    BY: /s/Aaron M. Rothrock_____.
                                            Aaron M. Rothrock
                                            Attorney for American Express Bank, FSB
                                            E-mail: arothrock@shb.com

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Aaron M. Rothrock, Esq. and that I have obtained Mr. Rothrock's authorization to affix his electronic signatures to this document.

DATE: April 14, 2017                    BY: /s/Octavio Cardona-Loya II     .
                                            Octavio Cardona-Loya II
                                            Attorney for Plaintiff Tristan Parker
                                            E-mail: vito@goldencardona.com

Joint Notice of Settlement as to Defendant American Express Bank, FSB