Octavio Cardona-Loya II (SBN 255309)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN PARKER, an individual, | ) Case No.: 17-cv-00329-BTM-JLB |
| Plaintiff, | ) **Joint Notice of Settlement as to All Remaining Defendants** |
| v. | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et al., | ) |
| Defendants. | ) |

Plaintiff Tristan Parker ("Plaintiff") and Defendants Experian Information Solutions, Inc. and Equifax Information Services LLC (collectively, the "Parties") reached agreements on all material terms required to settle all of Plaintiff's claims against them, the remaining defendants in this action.

The Parties anticipate that the performance of the terms of the settlement agreements will be completed within sixty (60) days of the date that this Notice is filed with the Court, at which time the Parties will file a stipulation for dismissal of this action in its entirety.

////

////

Respectfully submitted,

DATE: October 26, 2017                    BY: /s/Octavio Cardona-Loya II    .
                                          Octavio Cardona-Loya II
                                          Attorney for Plaintiff Tristan Parker
                                          E-mail: vito@goldencardona.com

DATE: October 26, 2017                    BY: /s/Jordan B. Arakawa    .
                                          Jordan B. Arakawa
                                          Attorney for Experian Information Solutions, Inc.
                                          E-mail: jarakawa@jonesday.com

DATE: October 26, 2017                    BY: /s/Thomas P. Quinn, Jr.    .
                                          Thomas P. Quinn, Jr.
                                          Attorney for Equifax Information Services, LLC
                                          E-mail:tquinn@nokesquinn.com

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jordan B. Arakawa. Esq. and Thomas P. Quinn, Jr. and that I have obtained their authorization to affix their electronic signatures to this document.

DATE: October 26, 2017                    BY: /s/Octavio Cardona-Loya II    .
                                          Octavio Cardona-Loya II
                                          Attorney for Plaintiff Tristan Parker
                                          E-mail: vito@goldencardona.com