**FILED**

DEC 1 8 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN PARKER, an individual, | Case No.: 3:17-cv-00329-BTM-JLB |
| Plaintiff, | **Order for Dismissal of Entire Action** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et al., | |
| Defendants. | |

Pursuant to the parties' Joint Motion, this Court hereby dismisses the above-captioned action with prejudice as to all remaining Defendants, Experian Information Solutions, Inc. and Equifax Information Services LLC, with each party to bear their own attorneys' fees and costs. IT IS SO ORDERED.

Dated: 12/18/2017

Barry Ted Moskowitz, Chief Judge
United States District Court